UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DAVONNA L. PATTERSON,  )
                Plaintiff,  )
    vs.  )  No. 1:13-cv-00553-SEB-TAB
CAROLYN W. COLVIN,  )
                Defendant.  )

## **JUDGMENT**

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Davonna L. Patterson was not entitled to Disability Insurance Benefits but was entitled to Supplemental Security Income beginning on February 13, 2011, based on her applications filed on February 19, 2004, is AFFIRMED.

Date: 06/03/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Brian J. Alesia
OFFICE OF REGIONAL CHIEF COUNSEL FOR SOCIAL SECURITY
brian.alesia@ssa.gov

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE
jill.julian@usdoj.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov